**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

RONNY L. JERNIGAN,

Petitioner,

v. Action No. 2:25cv734

JOSEPH W. WALTERS,
Director of the Virginia
Department of Corrections,

Respondent.

**FINAL ORDER**

On September 29, 2025, petitioner Ronny L. Jernigan, IV ("Jernigan"), a Virginia inmate, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his convictions of forcible sodomy, robbery, and abduction with intent to defile received in the Circuit Court for the City of Virginia Beach in 2021. ECF No. 8. The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation.

On June 25, 2026, United States Magistrate Judge Robert J. Krask issued a Report and Recommendation ("R&R") recommending that respondent's motion to dismiss be granted and the petition be

denied and dismissed with prejudice. ECF No. 25. Jernigan objected. ECF No. 26. Respondent did not file a response to Jernigan's objections and the time to do so has expired.

Having reviewed the record and examined the objections filed by Jernigan to the R&R and having made *de novo* findings with respect to the portions objected to, the Court **ADOPTS** and **APPROVES** the R&R, ECF No. 25, in its entirety as the Court's own opinion. It is **ORDERED** that Respondent's Motion to Dismiss, ECF No. 17, be **GRANTED** and that the Petition, ECF No. 8, be **DENIED** and **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that judgment be entered in favor of Respondent.

Finding that Jernigan has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is DENIED. 28 U.S.C. § 2253(c); *see* Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a); *Miller-El v. Cockrell*, 537 U.S. 322, 335-38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-85 (2000).

Jernigan is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. R. App. Proc. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). **If Jernigan intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Order. Jernigan may seek such a**

**certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk shall forward a copy of this Order to Jernigan and to counsel of record for the Respondent.

It is so ORDERED.

/s/ MSD
Mark S. Davis
United States District Judge

Mark S. Davis
United States District Judge

Norfolk, Virginia
August 18 , 2026